**Betty GIST, Plaintiff—Appellant,**

v.

**THE DURACELL INCORPORATED MANAGED DISABILITY PLAN, Defendant—Appellee.**

No. 05–1865.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 28, 2005.

Betty Gist, Appellant Pro Se. Bernie Wellington Ellis, McNair Law Firm, PA, Greenville, South Carolina, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Betty Gist appeals the district court's order dismissing her action seeking long term disability benefits under the Employee Retirement Income Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gist v. Duracell Inc. Managed Disability Plan,* No. CA–04–882–0–JFA (D.S.C. filed July 7, 2005 & entered July 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*